JS 44
(Rev. 12/96)

**#114295**

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
VALLEY ICE & FUEL CO., INC

## DEFENDANTS
F/V TRITON I and F/V TRITON IV, IN REM.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  CAMERON
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  MEXICO
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
DENNIS SANCHEZ
SANCHEZ, WHITTINGTON, JANIS & ZABARTE
100 N. EXPRESSWAY 83
BROWNSVILLE, TEXAS 78520

ATTORNEYS (IF KNOWN)

**B-00-156**

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☑ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** |  | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 791 Empl Ret Inc Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other |  | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property |  ☐ 550 Civil Rights |  |  |  |
|  |  ☐ 555 Prison Condition |  |  |  |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

IN REM PROCEEDING PURSUANT TO GENERAL MARITIME LAW and Rule 9(H) of the FRCP

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION  ☐ UNDER F.R.C.P. 23
DEMAND $ 19,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☑ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  10/6/00
SIGNATURE OF ATTORNEY OF RECORD  *Dennis Sanchez*

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

United States District Court
Southern District of Texas
FILED

OCT 0 6 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| F/V TRITON I and F/V TRITON IV, | § | CIVIL ACTION NO. B-00-156 |
| their engines, tackle, apparel | § | |
| and furniture, in rem | § | |
| Defendants | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW VALLEY ICE & FUEL CO., INC., Plaintiff herein, complaining of the Fishing Vessels TRITON I AND TRITON IV, their engines, nets, tackle, apparel, and furniture, in rem, Defendants herein, and for cause of action would respectfully show unto the Court the following:

I.

PARTIES

1) Plaintiff is a Texas corporation having its principal place of business in Cameron County, Texas.

2) The in rem Defendants are Mexican shrimp trawlers which are registered under laws of Mexico, and may be served with process by serving the vessels in Port Isabel, Texas.

II.

JURISDICTION AND VENUE

3) This is a case involving the admiralty and maritime jurisdiction of this Court as more fully appears hereafter, and Plaintiff's claim is in admiralty and maritime within the meaning

of Rule 9(h) and Supplemental Rules B and C of the Federal Rules Of Civil Procedure. This Court has subject matter jurisdiction under 46 U.S.C. § 31342 AND 29 U.S.C. § 1333. The defendant vessels are or will be during the pendency of this process within this district and within the jurisdiction of this Court.

### III.

### FACTS OF THE CASE

4) Plaintiff, VALLEY ICE & FUEL CO., INC. is a corporation which is engaged in the sale of diesel fuel and petroleum products and supplies to shrimp trawlers.

5) Beginning on or about January 20, 2000 and continuing through February 4, 2000, Plaintiff, at the instance and request by the owner/master of each of the various Defendant vessels, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to the Defendant vessels. Plaintiff delivered to the owners/masters of each vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the following amounts, including interest through September 30, 2000, have not been paid to Plaintiff, despite the demand. True copies of the invoices are attached hereto as EXHIBITS A through B and made a part hereof for all purposes. Plaintiff would further show that the defendant vessels owe the following amounts:

| | |
|---|---|
| TRITON I | $ 8,215.83 |
| TRITON IV | <u>10,575.03</u> |
| **TOTAL** ------ | $18,790.87 |

6) Plaintiff has and claims a maritime lien against each of the above-named vessels in the respective amounts set forth above, which claims total in the aggregate EIGHTEEN THOUSAND SEVEN HUNDRED NINETY AND 87/100 DOLLARS ($18,790.87), including interest through September 30, 2000, and which interest shall continue to accrue on each account until paid, and/or until any proceeds shall be derived from the sale by the United States Marshal of any of the subject vessels.

7) Plaintiff has made claim upon the in rem and in personam defendants and has requested that such accounts be paid. Despite due demand, the Defendants have failed to pay the accounts and Plaintiff is entitled to judgment against such Defendants for the amounts set forth above.

## IV.

### ATTORNEYS' FEES

8) Plaintiff would further show the court that by reason of the Defendants' willful and wrongful refusal to pay said just amount, Plaintiff has been required to retain the services of the undersigned attorney and is entitled to recoup reasonable attorney's fees in connection with the collection of said accounts.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays:

A. that process in due form of law be issued against the Defendant vessels, F/V TRITON I AND F/V TRITON IV their engines, tackle, apparel, etc. and all other necessaries thereunto belonging and appertaining, <u>in</u> <u>rem</u>, and that any person claiming any right,

title or interest in said Vessels be cited to appear and answer this Complaint;

B. Plaintiff have judgment against the Defendant vessels and that Plaintiffs maritime lien against such vessels according to law and that the proceeds from the sale of such vessels be applied to the debt owed to

C. that Plaintiff have pre- and post-judgment interest as provided by law and costs of suit;

D. that Plaintiff have such other and further relief to which it may be justly entitled.

Respectfully submitted,

By: /s/ Dennis Sanchez
Dennis Sanchez
State Bar No. 17569600
Fed. Admn. #1594

OF COUNSEL:
SANCHEZ, WHITTINGTON, JANIS
   & ZABARTE, L.L.P.
Dennis Sanchez
100 North Expressway 83
Brownsville, Texas  78521
Telephone:    (956) 546-3731
Fax:          (956) 546-3765/66
ATTORNEYS FOR PLAINTIFF

## VERIFICATION

THE STATE OF TEXAS    §

COUNTY OF CAMERON     §

  BEFORE ME, the undersigned authority, on this day personally appeared DAVID EYMARD, in his capacity as President of VALLEY ICE & FUEL CO., INC., who, being by me first duly sworn, deposed and said:

  1. My name is David Eymard. I am the President of VALLEY ICE & FUEL CO., INC., Plaintiff in the above-entitled and numbered action. I have read the foregoing Complaint and the contents thereof are true and correct to the best of my own personal knowledge and belief.

FURTHER AFFIANT SAITH NOT.

_____
DAVID EYMARD, President
VALLEY ICE & FUEL CO., INC.

  SWORN TO AND SUBSCRIBED BEFORE ME by the said DAVID EYMARD, in his capacity as President of VALLEY ICE & FUEL CO., INC., TO CERTIFY WHICH witness my hand and seal of office this 6th day of August, 2000.

_____
Notary Public, State of Texas

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX  78521

Phone:    (956) 831-4123
Fax:      (956) 831-7860

**Invoice**

Invoice Number:
5746

Invoice Date:
Feb 4, 2000

Page: 1

Duplicate

**Sold To:**
M/V TRITON I  MEXICAN BOAT
MANUEL ARROYO H.

**Ship to:**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AR1TR1 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 2/4/00 | 3/5/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7,926.00 | GALLON | DIESEL/HS/OFF ROAD SALE ORDER# 2639 | 0.9300 | 7,371.18 |

|  |  |
|---|---|
| Subtotal | 7,371.18 |
| Sales Tax |  |
| Total Invoice Amount | 7,371.18 |
| Payment Received | 0.00 |
| TOTAL | 7,371.18 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE.  ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Debo  y  Pagare  incondicionalmente  a  la  orden  de  VALLEY  ICE  &  FUEL  CO.,  INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____, _____ Dolares de Estados Unidos  de Norteamerica,  valor  recibido  a  mi  entera  satisfaccion. _____, Capitan o Patron de la embarcacion _____propiedad de _____.

_____
( firma )

EXHIBIT A

# Valley Ice & Fuel Co., Inc.
## Valley Lubricants

HC-70, Box 14
Brownsville, Tx 78521
(956) 831-4123    fax (956) 831-7860

# Sales / Loading Order

**Sales Order Number:** 2639

**Date Delivered:** 2-4-00

| Sold To: | Delivered To: |
|---|---|
|  | M/V TRITON I |
|  | Vessel Official Number: _____ |

| Customer ID | Customer PO No. | Order Date | Ordered By | Filled By |
|---|---|---|---|---|
|  |  |  |  | E Brush |

| METER A | METER B | | |
|---|---|---|---|
| 4339114 | 4429649 | STOP | |
| 4335183 | 4425154 | START | |
| 3931 | 3955 | TOTAL B | |
|  | 3931 | TOTAL A | |

**DYED DIESEL FUEL, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE.**

| Total D2 Ordered | Total D2 Delivered | Unit | Description |
|---|---|---|---|
| Amount Ordered | Amount Delivered | | |
|  | 7.926 | GLS. | DIESEL NO. 2 ( OFF ROAD ) |
|  |  | GLS | HP |

I HEREBY ACKNOWLEDGE THAT I AM THE AUTHORIZED CAPTAIN AND/OR AGENT FOR THE ABOVE CAPTIONED VESSEL AND THAT THE ABOVE ITEMS HAVE BEEN DELIVERED ON BOARD THE VESSEL IN SATISFACTORY CONDITION. I ALSO ACKNOWLEDGE THAT AS CAPTAIN AND/OR AGENT FOR THE VESSEL, I HAVE READ THE CREDIT TERMS STATED BELOW AND DO HEREBY AGREE TO THOSE TERMS ON BEHALF OF THE VESSEL OWNER.

Signature _____   Title _____   Date _____

CREDIT TERMS: PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS
HC-70, Box 14
BROWNSVILLE, TX  78521

Phone:  (956) 831-4123
Fax:    (956) 831-7860

Invoice

Invoice Number: 5545

Invoice Date: Jan 20, 2000

Page: 1

Duplicate

Sold To:
M/V TRITON IV MEXICAN BOAT
MANUEL ARROYO H.

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AR1TR4 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 1/20/00 | 2/19/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2,607.00 | GALLON | DIESEL/HS/OFF ROAD SALE ORDER# 2490 | 0.8950 | 2,333.27 |

Check No:

Subtotal: 2,333.27
Sales Tax:
Total Invoice Amount: 2,333.27
Payment Received: 0.00
TOTAL: 2,333.27

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE.  ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Debo  y  Pagare  incondicionalmente  a  la  orden  de  VALLEY  ICE  &  FUEL  CO.,  INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____, _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion. _____, Capitan o Patron de la embarcacion _____propiedad de _____.

_____
( firma )

**Valley Ice & Fuel Co., Inc.**
**Valley Lubricants**
HC-70, Box 14
Brownsville, Tx 78521
(956) 831-4123    fax (956) 831-7860

# Sales / Loading Order

Sales Order Number: **2490**

Date Delivered: **1-20-00**

| Sold To: | Delivered To: |
|---|---|
|  | M/V **TRITON IV** |
|  | Vessel Official Number: _____ |

| Customer ID | Customer PO No. | Order Date | Ordered By | Filled By |
|---|---|---|---|---|
|  |  |  |  | E. Bruck |

| METER A | METER B |  |
|---|---|---|
| 4285419 | 4373511 | STOP |
| 4284177 | 4372146 | START |
| 1242 | 1365 | TOTAL B |
| → | 1242 | TOTAL A |

| TOTAL D2 ORDERED | TOTAL D2 DELIVERED | GLS. | DIESEL NO. 2 ( OFF ROAD ) | $ 2,333.26 |
|---|---|---|---|---|
|  | 2.607 | .895 |  |  |
| Amount Ordered | Amount Delivered | Unit | Description |  |

**DYED DIESEL FUEL,**
**NONTAXABLE USE ONLY,**
**PENALTY FOR TAXABLE USE.**

I HEREBY ACKNOWLEDGE THAT I AM THE AUTHORIZED CAPTAIN AND/OR AGENT FOR THE ABOVE CAPTIONED VESSEL AND THAT THE ABOVE ITEMS HAVE BEEN DELIVERED ON BOARD THE VESSEL IN SATISFACTORY CONDITION. I ALSO ACKNOWLEDGE THAT AS CAPTAIN AND/OR AGENT FOR THE VESSEL, I HAVE READ THE CREDIT TERMS STATED BELOW AND DO HEREBY AGREE TO THOSE TERMS ON BEHALF OF THE VESSEL OWNER.

Signature _____    Title _____    Date **1-20-00**

CREDIT TERMS: PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Phone: (956) 831-4123
Fax: (956) 831-7860

Invoice

Invoice Number: 5543

Invoice Date: Jan 20, 2000

Page: 1

Duplicate

Sold To:
M/V TRITON IV MEXICAN BOAT
MANUEL ARROYO H.

Ship to:

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| AR1TR4 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Cust. Pickup | 1/20/00 | 2/19/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7,926.00 | GALLON | DIESEL/HS/OFF ROAD SALE ORDER# 2487 | 0.8950 | 7,093.77 |

Check No:

Subtotal: 7,093.77
Sales Tax:
Total Invoice Amount: 7,093.77
Payment Received: 0.00
TOTAL: 7,093.77

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____, _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion. _____, Capitan o Patron de la embarcacion _____ propiedad de _____.

_____
( firma )

# Valley Ice & Fuel Co., Inc.
# Valley Lubricants

HC-70, Box 14
Brownsville, Tx 78521
(956) 831-4123    fax (956) 831-7860

# Sales / Loading Order

Sales Order Number: **2487**

Date Delivered: **1-20-00**

| Sold To: | Delivered To: |
|---|---|
|  | M/V TRITON IV |
|  | Vessel Official Number: |

| Customer ID | Customer PO No. | Order Date | Ordered By | Filled By |
|---|---|---|---|---|
|  |  |  |  | E. Brusda |

| METER A | METER B | | |
|---|---|---|---|
| 4281977 | 4370346 | STOP | **DYED DIESEL FUEL, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE.** |
| 4278277 | 4366120 | START | |
| 3700 | 4226 | TOTAL B | |
|  | 3700 | TOTAL A | |

| TOTAL D2 ORDERED | TOTAL D2 DELIVERED | GLS. | DIESEL NO. 2 ( OFF ROAD )   $ 7093.77 |
|---|---|---|---|
|  | 7,926 | 895 |  |
| Amount Ordered | Amount Delivered | Unit | Description |

I HEREBY ACKNOWLEDGE THAT I AM THE AUTHORIZED CAPTAIN AND/OR AGENT FOR THE ABOVE CAPTIONED VESSEL AND THAT THE ABOVE ITEMS HAVE BEEN DELIVERED ON BOARD THE VESSEL IN SATISFACTORY CONDITION. I ALSO ACKNOWLEDGE THAT AS CAPTAIN AND/OR AGENT FOR THE VESSEL, I HAVE READ THE CREDIT TERMS STATED BELOW AND DO HEREBY AGREE TO THOSE TERMS ON BEHALF OF THE VESSEL OWNER.

_____       _____       1-20-00
Signature                                              Title                                              Date

CREDIT TERMS:   PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

10/5/00 at 16.05:56.28                                                              Page: 1a

# Valley Ice & Fuel Co., Inc.
## Aged Receivables
As of Oct 5, 2000

Filter Criteria includes: 1) IDs from AR1TR1 to AR1TR4. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice No | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | Date |
|---|---|---|---|---|---|---|---|
| AR1TR1<br>M/V TRITON I MEXICAN BOA<br>MANUEL ARROYO H. | 5746 | | | | 7,371.18 | 7,371.18 | 2/4/00 |
| | FC3VU00132 | | | | 197.91 | 197.91 | 3/31/00 |
| | FC4UU00050 | | | | 106.02 | 106.02 | 4/30/00 |
| | FC5VU00051 | | | | 109.56 | 109.56 | 5/31/00 |
| | FC6UU00048 | | | | 106.02 | 106.02 | 6/30/00 |
| | FC7VU00041 | | | 109.56 | | 109.56 | 7/31/00 |
| | FC8VU00039 | | 109.56 | | | 109.56 | 8/31/00 |
| | FC9UU00051 | 106.02 | | | | 106.02 | 9/30/00 |
| AR1TR1<br>M/V TRITON I MEXICAN B | | 106.02 | 109.56 | 109.56 | 7,890.69 | 8,215.83 | |
| AR1TR4<br>M/V TRITON IV MEXICAN BO<br>MANUEL ARROYO | 5543 | | | | 7,093.77 | 7,093.77 | 1/20/00 |
| | 5545 | | | | 2,333.27 | 2,333.27 | 1/20/00 |
| | FC2TU00038 | | | | 180.79 | 180.79 | 2/29/00 |
| | FC3VU00133 | | | | 140.11 | 140.11 | 3/31/00 |
| | FC4UU00051 | | | | 135.59 | 135.59 | 4/30/00 |
| | FC5VU00052 | | | | 140.11 | 140.11 | 5/31/00 |
| | FC6UU00049 | | | | 135.59 | 135.59 | 6/30/00 |
| | FC7VU00042 | | | 140.11 | | 140.11 | 7/31/00 |
| | FC8VU00040 | | 140.11 | | | 140.11 | 8/31/00 |
| | FC9UU00052 | 135.59 | | | | 135.59 | 9/30/00 |
| AR1TR4<br>M/V TRITON IV MEXICAN B | | 135.59 | 140.11 | 140.11 | 10,159.23 | 10,575.04 | |
| **Report Total** | | 241.61 | 249.67 | 249.67 | 18,049.92 | 18,790.87 | |

EXHIBIT B