IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT - 6 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Valley Ice & Fuel Co. Inc., § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. B-00-156 |
| § | |
| F/V Triton I and F/V Triton IV, their engines§ | |
| tackle, apparel, appurtenances, etc., in rem, § | |
| § | |
| Defendants § | |

## ORDER OF NOTICE

The Court orders Plaintiff, Valley Ice & Fuel Co. Inc., to provide notice of this civil action pursuant to 46 U.S.C. § 31325(d)(1). A copy of the complaint and a copy of the order to arrest the vessels F/V Triton I and F/V Triton IV shall be sent by certified mail to:

(a)  the master or individual in charge of the vessels;

(b)  any person that recorded under Title 46 U.S.C. § 31343(a) or (d) a notice of a claim of an undischarged lien on the vessels; and

(c)  a mortgagee of a mortgage filed or recorded under Title 46 U.S.C. § 31321 that is an undischarged mortgage on the vessels.

DONE at Brownsville, Texas, this 6th day of October 2000.

_____
Hilda G. Tagle
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Valley Ice & Fuel Co. Inc., § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. B-00-156 |
| § | |
| F/V Triton I and F/V Triton IV, their engines § | |
| tackle, apparel, appurtenances, etc., in rem, § | |
| § | |
| Defendants § | |

United States District Court
Southern District of Texas
FILED
OCT - 6 2000
Michael N. Milby
Clerk of Court

## Warrant To Seize Vessels

TO THE MARSHAL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS:

You are ordered to arrest the F/V Triton I and F/V Triton IV, their equipment and appurtenances, and to serve a copy of the complaint and this warrant on the person in possession of the vessels or their agent, and promptly return your writ.

Dated: 10/6/00

MICHAEL MILBY, Clerk

By: _____
Deputy Clerk