watertight integrity of the vessels, and reasonable rental fees for the slips, are administrative expenses and a first charge on the vessels to be paid from the proceeds of the sale.

6.   A copy of this order shall be served on the person in whose possession of the vessels when they were arrested.

DONE at Brownsville, Texas, this 6th day of October 2000.

Hilda G. Tagle
United States District Judge