6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Valley Ice & Fuel Co. Inc., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-156 |
| | § | |
| F/V Triton I and F/V Triton IV, their engines, | § | |
| tackle, apparel, appurtenances, etc., in rem | § | |
| | § | |
| Defendants | § | |

## ORDER

BE IT REMEMBERED, that on February 13, 2001, the Court **ORDERED** the Plaintiff Valley Ice & Fuel Co. Inc. to file a Joint Discovery/Case Management Plan in compliance with this Court's Chamber Rules by February 16, 2001 at 4:00 p.m. The Court recognizes that it may be impossible to provide some of the information normally contained in a Joint Discovery/Case Management Plan because there has been no appearance on behalf of the Defendant vessels in this lawsuit.

DONE at Brownsville, Texas, this 13 day of February 2001.

_____
Hilda G. Tagle
United States District Judge