7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 15 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § | |
|     Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. B-00-156 |
| § | |
| F/V TRITON I and F/V TRITON IV, their § | |
| engines, tackle, apparel, appurtenances, etc. § | |
| in rem § | |
|     Defendants § | |

## PLAINTIFF'S MOTION FOR NON-SUIT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, VALLEY ICE & FUEL CO., INC., Plaintiff, and files this its Motion for Non-Suit without prejudice, and would respectfully show unto the Court as follows:

I.

Plaintiff desires to non-suit the above-styled and numbered cause in that the vessels made the basis of Plaintiff's cause of action returned to Mexico before Plaintiff was able to perfect service of process. Therefore, Plaintiff is unable to prosecute its claims against Defendants at this time.

WHEREFORE, premises considered, Plaintiff prays that this motion be granted in all respects.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

By: _____
Dennis Sanchez
State Bar No. 17569600
Federal Admission No. 1594

ATTORNEYS FOR PLAINTIFF
VALLEY ICE & FUEL CO., INC.