



U.S. Department of Justice

**United States Marshals Service**
*600 E. Harrison, Room 132*
*Brownsville, Texas 78520*
*(956) 548-2519*
*(956) 548-2534 (Fax)*

*February 13, 2001*

United States District Court
Southern District of Texas
RECEIVED

FEB 2 0 2001

Michael N. Milby, Clerk of Court

TO:      *Honorable District Judge*
         *Hilda G. Tagle*

FROM:    *Robert Cervantes*
         *SDUSM*

United States District Court
Southern District of Texas
FILED

FEB 2 0 2001

Michael N. Milby
Clerk of Court

SUBJECT: *Case # B-00-156*

         *Valley Ice & Fuel Co. Inc., Plaintiff*
         *v.*
         *F/V Triton I and F/V Triton IV, their engines, tackle*
         *apparel, appurtenances, etc., in rem, Defendants*

*The Warrant to Seize the Vessels, Order of Notice and the Order Appointing Substitute Custodian were received on October 6, 2000, and processed through our office.  On October 10, 2000, a call was made to Mr. Dennis Sanchez, Attorney at Law to advise him that a cashier's check in the amount of $10,000 along with the necessary 285's (Process Receipt and Return forms) would be needed to continue with the process, however, he did not return our call.*

*On October 11, 2000, Mr. Sanchez advised our office that the vessels had left that week and should return in about three weeks.  He also stated that he would call our office upon their return and bring the necessary documentation and cashier's check.  To date we have not heard from Mr. Sanchez. We recommend that this case be returned to the courts for review or for further instructions.*

*If you have any questions, please don't hesitate to give me a call at (956) 548-2519.  Thank you.*