9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 22 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Valley Ice & Fuel Co. Inc., | § | |
| Plaintiff | § § § | |
| v. | § | CIVIL ACTION NO. B-00-156 |
| F/V Triton I and F/V Triton IV, their engines, tackle, apparel, appurtenances, etc., in rem | § § § § | |
| Defendants | § | |

**FINAL ORDER OF DISMISSAL**

BE IT REMEMBERED, that on February 20, 2001, the Court **DISMISSED** this lawsuit without prejudice because the Plaintiff is unable to obtain the seizure of the Defendant vessels. The Plaintiff has represented that the Defendant vessels were moved to Mexico.

DONE at Brownsville, Texas, this 21st day of February 2001.

Hilda G. Tagle
United States District Judge